1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7

8   DUNCAN J. McNEIL, III,                    )

9                                             )
                        Plaintiff,            )        No.   CV-05-249-AAM
10                                            )
                   vs.                        )
11                                            )        **ORDER OF DISMISSAL**
                                              )
12                                            )
                                              )
13                                            )
    UNITED STATES AND ITS OFFICERS            )
14  AND AGENCIES, et al.,                     )
                                              )
15                                            )
                        Defendants.           )
16  _____)

17        This action was transferred here from the District of Hawaii because of improper venue.

18  28 U.S.C. §1406(a).  It is one of many actions the plaintiff has filed in various districts of this

19  nation in an attempt to circumvent pre-filing review orders entered by the undersigned and now

20  an order which prohibits plaintiff from filing anything in the Eastern District of Washington

21  unless accompanied by the appropriate filing fee.

22        As recited by the "Order of Transfer" from the District of Hawaii (Ct. Rec. 11), plaintiff

23  filed his original complaint in that district on July 11, 2005.  On July 15, the District of Hawaii

24  entered an order denying plaintiff's in forma pauperis (IFP) application and dismissed his

25  complaint and action pursuant to 28 U.S.C. §1915(g) (Ct. Rec. 4).  The court noted that at least

26  five of plaintiff's previous federal actions had been dismissed as frivolous and for failure to state

27  a claim.  The court also noted that plaintiff "did not submit a filing fee with his Complaint, did

28  not claim that he was in imminent danger of serious physical injury, and had submitted an

**ORDER OF DISMISSAL -          1**

1   incomplete in forma pauperis application  . . . ."

2          Plaintiff then filed a number of documents with the District of Hawaii, including a "First

3   Amended Verified Complaint."  (Ct. Rec. 8).  In an obvious attempt to get the District of Hawaii

4   to reconsider its earlier dismissal, plaintiff's amended complaint alleges he is in imminent danger

5   or serious physical injury.  While that did not persuade the District of Hawaii to grant the plaintiff

6   IFP status, it did prompt it to transfer the action here.  According to the Hawaii court: "McNeil

7   does allege a conditions of confinement claim against officials at the Spokane County Jail.

8   Moreover, he now alleges that he is being denied medical care, and has provided documentation,

9   which could support a finding of imminent danger of serious physical injury."

10         The District of Hawaii's transfer order was filed on August 5.  On August 9, this court

11  entered an order in CV-05-211-AAM (Ct. Rec. 8) barring the plaintiff from filing any further

12  actions in the Eastern District of Washington without payment of the appropriate filing fee.  This

13  was prompted by plaintiff's filing of numerous actions in other districts nationwide in an attempt

14  to circumvent pre-filing review orders issued by this court (review proposed complaint and

15  determine if it was frivolous; if not frivolous, the plaintiff would be granted IFP status).

16  Plaintiff's allegation that he is under imminent danger of serious physical injury does not

17  persuade the court to make an exception to the August 9 order requiring payment of the filing fee.

18  In a bid to gain IFP status and to gain additional  review of allegations regarding foreign

19  judgments and writs already found frivolous by this court, what the plaintiff has done in this

20  action, and in other actions filed in districts other than the Eastern District of Washington, is

21  include a conditions of confinement allegation.  Proof enough of this is the allegation in the First

22  Amended Verified Complaint (Paragraph 1.05) that: "Plaintiff is presently under imminent danger

23  of serious physical injury, resulting directly from the defendant's acts of retaliation and

24  retribution, as a result of and taken to interfere with the plaintiff's lawful acts of execution and

25  enforcement of judgments."   Furthermore, plaintiff's proposed amended complaint does not

26  name/identify Spokane County or any Spokane County Jail officials as defendants.  The plaintiff

27  simply wanted the District of Hawaii to reconsider his frivolous allegations regarding foreign

28  judgments and writs, notwithstanding the fact it was obvious that Hawaii has absolutely nothing

**ORDER OF DISMISSAL -**          **2**

1   to do with any of the plaintiff's claims.

2         Were this any other pro se prisoner plaintiff, this court might consider providing an

3   opportunity to submit an amended complaint alleging only a conditions of confinement claim and

4   if sufficient, grant IFP status.  This, however, is not any other pro se prisoner plaintiff.  Plaintiff's

5   track record of abusing the court system is a lengthy one and clearly established.  Accordingly, if

6   plaintiff wants to assert a conditions of confinement claim, he will need to include that claim (and

7   that claim only) in a complaint accompanied by the $250 filing fee.

8         Plaintiff will not be allowed to proceed IFP in the captioned matter.  The First Amended

9   Verified Complaint and this action are **DISMISSED with prejudice**.  Plaintiff will not be

10  allowed to file anything further in the captioned matter with the exception of a "Notice of

11  Appeal" to the Ninth Circuit Court of Appeals. **This court certifies that any such appeal taken**

12  **is not taken in good faith.**  28 U.S.C. §1915(a)(3) and Fed. R. App. P. 24(a)(3)(A).

13        **IT IS SO ORDERED**.  The District Executive shall enter judgment accordingly and

14  forward a copy of the judgment and this order to plaintiff McNeil.

15        **DATED** this ___19th___ of September, 2005.

16

17              s/ Alan A. McDonald
                 ALAN A. McDONALD
18              Senior United States District Judge

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL -**        **3**